AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Terrance L Mayo <br> *Plaintiff* <br> v. <br> Allendale Correctional Institution, Warden Pate and Associate Warden McKindley Newton, <br> *Defendants* | ) ) ) ) ) ) <br> Civil Action No.    2:18-cv-02359-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff, Terrance L. Mayo, shall take nothing of Defendants, Alledale Correctional Institution, Warden Pate and Associate Warden McKindley Newton, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong, Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:    July 19, 2019                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                  s/H.Adaway

                                                               *Signature of Clerk or Deputy Clerk*